**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1048

RAYMOND A. JOHNSON,

Plaintiff – Appellant,

v.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.; C. MATTHEW
KEEN, Individually and as Agent of Defendants; SHERA K.
STEWART, Individually and as Agent of Defendants; BRIAN M.
FREEDMAN, Individually and as Agent of Defendants,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Max O. Cogburn, Jr.,
District Judge. (3:11-cv-00391-MOC-DCK)

Submitted: April 19, 2012       Decided: April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond A. Johnson, Appellant Pro Se. Sarah Helen Roane,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Greensboro,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond A. Johnson appeals the district court's order adopting the magistrate judge's report and recommendation and granting Defendants' motion to dismiss. Finding no reversible error, we affirm for the reasons stated by the district court. Johnson v. Ogletree, No. 3:11-cv-00391-MOC-DCK (W.D.N.C. Nov. 28, 2011). Johnson claims on appeal that the district court was biased against him. Our review of the record has revealed no evidence of extra-judicial bias, and therefore this argument is without merit. See Liteky v. United States, 510 U.S. 540, 555 (1994) (holding that unfavorable judicial rulings alone do not constitute bias). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2